**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the matter of:** | : | **Case No. 09-51285** |
| | : | **Chapter 7 (Judge Caldwell)** |
| **James E. Lundeen, Sr., M.C., Inc.** | : | |

**NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1.23 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Rhiel & Associates Co., LPA
394 E. Town St.
Columbus, OH  43215 | | $1.23 |

| | |
|---|---|
| Total Unclaimed/Small
Dividends $25.00 or under | Total Unclaimed
Dividends  Over $25.00 |
| $1.23 | $ 0.00 |

| | |
|---|---|
| Dated: 12/06/2010 | /s/ Susan L. Rhiel
Case Trustee |